Wesley M. Griffith, SBN 286390
**ALMEIDA LAW GROUP LLC**
111 W. Ocean Blvd, Suite 426
Long Beach, CA 90802
Telephone: 310-896-5813
E-mail: wes@almeidalawgroup.com

Margot P. Cutter, SBN 306789
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
E-mail: mcutter@cutterlaw.com

F. Peter Silva II, SBN 348070
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, District of Columbia 20006
Telephone: 202-973-0900
E-mail: psilva@tzlegal.com

James Bilsborrow, *pro hac vice* to be filed
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
E-mail: jbilsborrow@weitzlux.com

[Additional Counsel on Signature Page]

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN BELTRAN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FANDUEL, INC., FANDUEL LIMITED, FLUTTER ENTERTAINMENT PLC, AND DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-5586-CRB<br><br>Related Actions:<br>  25-cv-4916-CRB<br>  25-cv-5542-CRB<br>  25-cv-04618-CRB<br><br>**PLAINTIFF MARTIN BELTRAN'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor |

-1-

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and subject to the terms of the separately executed tolling agreement with defendants, Plaintiff Martin Beltran hereby gives notice that this action is voluntarily dismissed without prejudice.

Dated: September 8, 2025                Respectfully submitted,

By: /s/ *Katherine M. Aizpuru*
Katherine M. Aizpuru, *pro hac vice*
F. Peter Silva II, SBN 348070
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, N.W., Suite 1010
Washington, D.C. 20006
Telephone: 202-973-0900
E-mail: kaizpuru@tzlegal.com
E-mail: psilva@tzlegal.com

Wesley M. Griffith, SBN 286390
**ALMEIDA LAW GROUP LLC**
111 W. Ocean Blvd, Suite 426
Long Beach, CA 90802
Telephone: 310-896-5813
E-mail: wes@almeidalawgroup.com

Margot Cutter, SBN 306789
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
E-mail: mcutter@cutterlaw.com

James Bisborrow, *pro hac vice* to be filed
Aaron Freedman, *pro hac vice* to be filed
**WEITZ & LUXENBERG PC**
700 Broadway
New York, N.Y. 10003
Telephone: 212-344-5461
E-mail: jbilsborrow@weitzlux.com
E-mail: afreedman@weitzlux.com

Christopher Nienhaus, *admitted pro hac vice*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Ave.
Chicago, IL 60614
Telephone: 708-529-5418
E-mail: chris@almeidalawgroup.com

*Counsel for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I caused all counsel of record to be served a true and correct copy of the foregoing via the Court's ECF system.

Dated: September 8, 2025

                                         */s/ Katherine M. Aizpuru*
                                         Katherine M. Aizpuru

*Counsel for Plaintiff and the Proposed Class*

PLAINTIFF MARTIN BELTRAN'S NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:25-CV-5586-CRB